**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOB KRIST, | : | |
|     Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 16-6178** |
| | : | |
| PEARSON EDUCATION, INC., | : | |
|     Defendant. | : | |

# **ORDER**

This 12th day of April, 2017, upon consideration of Defendant Pearson Education, Inc.'s Motion to Transfer Venue, Plantiff Bob Krist's Response thereto, and Defendant's Reply, it is hereby **ORDERED** that Defendant's Motion (Dkt. 11) is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge