# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOB KRIST,        Plaintiff, <br><br> v. <br><br> PEARSON EDUCATION, INC.,        Defendant. | **CIVIL ACTION** <br> No. 16-6178 |

## ORDER

This 2nd day of December, 2019, for the reasons stated in the accompanying memorandum, the parties' Cross-Motions for Summary Judgment, ECF 59-1 and ECF 64, are **DENIED**.

 

                                                         /s/ Gerald Austin McHugh
                                                         United States District Judge